

# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2018

No. 04-16-00662-CV

Melissa **FUENTES**, Individually, and as Next Friend
of Victor Robert Fuentes and Isabella Elaine Fuentes, Minors,
Appellants

v.

**TEXAS MUTUAL INSURANCE CO.**,
Appellee

From the 112th Judicial District Court, Sutton County, Texas
Trial Court No. 5910
Honorable Pedro Gomez, Judge Presiding

## O R D E R

    The Appellants' Unopposed Motion to Extend Time to File Motion for Rehearing En Banc is hereby GRANTED.

_____
Irene Rios, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of October, 2018.


_____
KEITH E. HOTTLE,
Clerk of Court